908

on July 31, 1961, and dismissing the petition.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ CHARLES W. BLACKMORE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and order of Onondaga Special Term dismissing the complaint as to the defendant Allied Chemical Corporation.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ RAYMOND L. FINNEY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Same decision and like cause of action as in *Blackmore* v. *Allied Chem. Corp.* (17 A D 2d 908[36]).

■ ANTHONY M. ALBINO et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Same decision and like cause of action as in *Blackmore* v. *Allied Chem. Corp.* (17 A D 2d 908[36]).

■ ANGEL W. PEREZ et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Same decision and like cause of action as in *Blackmore* v. *Allied Chem. Corp.* (17 A D 2d 908[36]).

■ CHARLES W. BLACKMORE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Onondaga Special Term dismissing the complaint as to the defendant New York Central Railroad Company.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ RAYMOND L. FINNEY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Same decision and like cause of action as in *Blackmore* v. *New York Cent. R. R. Co.* (17 A D 2d 908[40]).

■ ANTHONY M. ALBINO et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Same decision and like cause of action as in *Blackmore* v. *New York Cent. R. R. Co.* (17 A D 2d 908[40]).

■ ANGEL W. PEREZ et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Same decision and like cause of action as in *Blackmore* v. *New York Cent. R. R. Co.* (17 A D 2d 908[40]).

■ 2525 EAST AVENUE, INC., Appellant, and FREDERICK T. FINUCANE et al., Plaintiffs, v. TOWN OF BRIGHTON et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and order of Monroe Special Term dismissing the amended complaint on the merits.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ .

■ In the Matter of CARL DICKMAN, as Executor of ELIZABETH E. DICKMAN, Deceased, Respondent. LUCILE L. EMBURY et al., as Executors of DAVID A. EMBURY, Deceased, et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Cayuga Supreme Court denying motion by respondent trustees for judgment on the pleadings.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MARTHA G. TAYLOR, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., et al., Appellants.— Orders unanimously reversed, without costs of this appeal to any party and motion denied, without costs. Memorandum: There was no showing of special circumstances to justify granting the motion. (Appeal from two orders of Erie Special Term ordering the examination of a witness on behalf of plaintiff before trial. The second order denies defendants' application